1 MARK E. FERRARIO, ESQ.
NEVADA BAR NO. 1625
2 JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
3 MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
4 GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
5 Las Vegas, Nevada 89169
6 Telephone: (702) 792-3773
Facsimile: (702) 792-9002
7 Email: bundick@gtlaw.com; hoguem@gtlaw.com
*Counsel for Defendant Allegiant Air, LLC*
8

9

10 **UNITED STATES DISTRICT COURT**

11 **DISTRICT OF NEVADA**

| SETH DOLIBOA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT AIR, LLC,<br><br>Defendant. | Case No.: 2:17-CV-02779-JCM-GWF<br><br>**Class Action**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR ALLEGIANT AIR, LLC TO RESPOND TO THE COMPLAINT** |
|---|---|

COME NOW, Plaintiff Seth Doliboa ("Plaintiff") and Defendant Allegiant Air, LLC ("Defendant") by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

/ / /

/ / /

/ / /

Page 1 of 3

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

IT IS HEREBY STIPULATED THAT:

1. To allow counsel for Defendant to familiarize themselves with the matter and prepare an appropriate response to the Complaint, the deadline for Defendant to respond to the Complaint is hereby extended to January 12, 2018.

Dated: November 28, 2017

**GREENBERG TRAURIG, LLP**

By: */s/* Michael R. Hogue
MARK E. FERRARIO, ESQ.
NEVADA BAR NO. 1625
JACOB BUNDICK, ESQ.
NEVADA BAR NO. 9772
MICHAEL R. HOGUE, ESQ.
NEVADA BAR NO. 12400
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NEVADA 89169
TELEPHONE: (702) 792-3773
FACSIMILE: (702) 792-9002
EMAILS: FERRARIOM@GTLAW.COM
BUNDICKJ@GTLAW.COM
HOGUEM@GTLAW.COM

*ATTORNEYS FOR DEFENDANT ALLEGIANT AIR, LLC*

Dated: November 28, 2017

**KAZEROUNI LAW GROUP, APC**

By: */s/* Michael Kind
MICHAEL KIND, ESQ.
NEVADA BAR NO. 13903
6069 SOUTH FORT APACHE ROAD,
SUITE 100
LAS VEGAS, NEVADA 89148
TELEPHONE: (800) 400-6808
FAX: (800) 520-5523
MKIND@KAZLG.COM

**LAW OFFICE OF FRANCIS J. FLYNN, JR.**

FRANCIS J. FLYNN, JR.
6220 W. THIRD STREET, #115
LOS ANGELES, CA 90036
TELEPHONE: (314) 662-2836

*ATTORNEYS FOR PLAINTIFF SETH DOLIBOA INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

## ORDER

IT IS SO ORDERED.

_____
US MAGISTRATE JUDGE

DATED: 11/29/2017