MICHAEL KIND, ESQ.
NEVADA BAR NO. 13903
**KAZEROUNI LAW GROUP, APC**
6069 SOUTH FORT APACHE ROAD, SUITE 100
LAS VEGAS, NEVADA 89148
TELEPHONE: (800) 400-6808
EMAIL: MKIND@KAZLG.COM
*Attorney for Plaintiff Seth Doliboa*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SETH DOLIBOA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT AIR, LLC,<br><br>Defendant. | Case Number:<br>2:17-CV-02779-JCM-GWF<br><br>**Class Action**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO ALLEGIANT AIR, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND ORDER**<br><br>**(First Request)** |

COME NOW, Plaintiff Seth Doliboa ("Plaintiff") and Defendant Allegiant Air, LLC ("Defendant") by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

IT IS HEREBY STIPULATED THAT:

1. Allegiant Air, LLC filed Allegiant Air, LLC's Motion to Dismiss Plaintiff's Complaint on January 19, 2018.

2. The current deadline for Plaintiff to respond to Allegiant Air, LLC's Motion to Dismiss is February 2, 2018.

3. To allow counsel for Plaintiff to adequately respond to all issues raised in Allegiant Air, LLC's Motion to Dismiss, the deadline for Plaintiff to file a response in opposition to Allegiant Air, LLC's Motion to Dismiss is hereby extended to and including February 12, 2018.

4. This is the first stipulation for extension of time to file Plaintiff's response in opposition to Allegiant Air, LLC's Motion to Dismiss.

5. The extension is not sought for any improper purpose.

Dated: January 30, 2018

**GREENBERG TRAURIG, LLP**

By: */s/* MICHAEL R. HOGUE
    MARK E. FERRARIO, ESQ.
    NEVADA BAR NO. 1625
    JACOB BUNDICK, ESQ.
    NEVADA BAR NO. 9772
    MICHAEL R. HOGUE, ESQ.
    NEVADA BAR NO. 12400
    3773 HOWARD HUGHES PARKWAY
    SUITE 400 NORTH
    LAS VEGAS, NEVADA 89169
    TELEPHONE: (702) 792-3773
    FACSIMILE: (702) 792-9002
    EMAILS: FERRARIOM@GTLAW.COM
               BUNDICKJ@GTLAW.COM
               HOGUEM@GTLAW.COM

*ATTORNEYS FOR DEFENDANT ALLEGIANT AIR, LLC*

Dated: January 30, 2018

**KAZEROUNI LAW GROUP, APC**

By: */s/* MICHAEL KIND
    MICHAEL KIND, ESQ.
    NEVADA BAR NO. 13903
    6069 SOUTH FORT APACHE ROAD,
    SUITE 100
    LAS VEGAS, NEVADA 89148
    TELEPHONE: (800) 400-6808
    FAX: (800) 520-5523
    MKIND@KAZLG.COM

**LAW OFFICE OF FRANCIS J. FLYNN, JR.**

FRANCIS J. FLYNN, JR. (PRO HAC VICE)
6220 W. THIRD STREET, #115
LOS ANGELES, CA 90036
TELEPHONE: (314) 662-2836

*ATTORNEYS FOR PLAINTIFF SETH DOLIBOA INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 1, 2018

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on January 30, 2018, a copy of the foregoing **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO ALLEGIANT AIR, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER (First Request)** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

*/s/* Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148