MARK E. FERRARIO, ESQ.
NEVADA BAR NO. 1625
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundick@gtlaw.com; hoguem@gtlaw.com
*Counsel for Defendant Allegiant Air, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SETH DOLIBOA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT AIR, LLC,<br><br>Defendant. | Case No.: 2:17-CV-02779-JCM-GWF<br><br>**Class Action**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ALLEGIANT AIR, LLC TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS CLASS ACTION COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT** |

COME NOW, Plaintiff Seth Doliboa ("Plaintiff") and Defendant Allegiant Air, LLC ("Defendant") by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

WHEREAS, on January 19, 2018, Defendant filed its Motion to Dismiss Class Action Complaint for Damages for Breach of Contract;

WHEREAS, on February 12, 2018, Plaintiff filed his Opposition to Motion to Dismiss Class Action Complaint for Damages for Breach of Contract;

LV 421071394v1

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

IT IS HEREBY STIPULATED THAT:

1. To allow counsel for Defendant to adequately familiarize themselves with the Opposition and prepare an appropriate reply, the deadline for Defendant to file its reply to Plaintiff's Opposition to Motion to Dismiss Class Action Complaint for Damages for Breach of Contract is hereby extended to February 23, 2018.

Dated: February 20, 2018

**GREENBERG TRAURIG, LLP**

By: */s/ Michael R. Hogue*
MARK E. FERRARIO, ESQ.
NEVADA BAR NO. 1625
JACOB BUNDICK, ESQ.
NEVADA BAR NO. 9772
MICHAEL R. HOGUE, ESQ.
NEVADA BAR NO. 12400
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NEVADA 89169
TELEPHONE: (702) 792-3773
FACSIMILE: (702) 792-9002
EMAILS: FERRARIOM@GTLAW.COM
BUNDICKJ@GTLAW.COM
HOGUEM@GTLAW.COM

*ATTORNEYS FOR DEFENDANT ALLEGIANT AIR, LLC*

Dated: February 20, 2018

**LAW OFFICE OF FRANCIS J. FLYNN, JR.**

By: */s/ Francis J. Flynn, Jr.*
FRANCIS J. FLYNN, JR.
6220 W. THIRD STREET, #115
LOS ANGELES, CA 90036
TELEPHONE: (314) 662-2836
admitted pro hac vice

**KAZEROUNI LAW GROUP, APC**

By: _____
MICHAEL KIND, ESQ.
NEVADA BAR NO. 13903
6069 SOUTH FORT APACHE ROAD,
SUITE 100
LAS VEGAS, NEVADA 89148
TELEPHONE: (800) 400-6808
FAX: (800) 520-5523
MKIND@KAZLG.COM

*ATTORNEYS FOR PLAINTIFF SETH DOLIBOA INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 21, 2018

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on February 20, 2018, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR ALLEGIANT AIR, LLC TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS CLASS ACTION COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system and by U.S. Mail.

**VIA CM/ECF AND U.S. MAIL**

MICHAEL KIND, ESQ.
NEVADA BAR NO. 13903
6069 SOUTH FORT APACHE ROAD,
SUITE 100
LAS VEGAS, NEVADA 89148
MKIND@KAZLG.COM

FRANCIS J. FLYNN, JR.
6220 W. THIRD STREET, #115
LOS ANGELES, CA 90036

/s/   Natalie Young
Employee of Greenberg Traurig, LLP