MICHAEL KIND, ESQ.
KAZEROUNI LAW GROUP, APC
NEVADA BAR NO. 13903
6069 SOUTH FORT APACHE ROAD, SUITE 100
LAS VEGAS, NEVADA 89148
MKIND@KAZLG.COM
*ATTORNEY FOR PLAINTIFF SETH DOLIBOA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SETH DOLIBOA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGIANT AIR, LLC,<br><br>Defendant. | Case No.: 2:17-CV-02779-JCM-GWF<br><br>**Class Action**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF SETH DOLIBOA TO RESPOND TO DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>**(First Request)** |

COME NOW, Plaintiff Seth Doliboa ("Plaintiff") and Defendant Allegiant Air, LLC ("Defendant") by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

IT IS HEREBY STIPULATED THAT:

1. Allegiant Air, LLC filed Allegiant Air, LLC's Motion to Stay Discovery ("Motion") on March 23, 2018 and the hearing on Defendant's Motion is currently set for April 19, 2018.

2. The current deadline for Plaintiff to respond to Allegiant Air, LLC's Motion to Stay Discovery is currently April 6, 2018.

3. Due to scheduling conflicts, Plaintiff's counsel is unavailable for the scheduled hearing date.

4. To allow for appearance of all counsel and to allow counsel for Plaintiff to prepare an appropriate response to Defendant's Motion to Stay Discovery ("Motion"), the parties agree to continue the current hearing date of April 19, 2018 at 9:30 a.m. to May 9, 2018 at 1:30 pm in Courtroom 3A.

5. Additionally, the parties agree that the deadline for Plaintiff to respond to Defendant's Motion is hereby extended to **April 20, 2018**

6. Finally, Defendant's deadline to file its reply in support of the Motion is hereby extended to **April 27, 2018**.

7. This is the first stipulation to continue the scheduled hearing and for extension of time regarding the briefing schedule for Defendant's Motion.

8. This extension is not sought for any improper purpose.

Dated: April 5, 2018

**GREENBERG TRAURIG, LLP**

By: */s/ Michael R. Hogue*
MARK E. FERRARIO, ESQ.
JACOB BUNDICK, ESQ.
MICHAEL R. HOGUE, ESQ.
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NEVADA 89169
*ATTORNEYS FOR DEFENDANT ALLEGIANT AIR, LLC*

Dated: April 5, 2018

**KAZEROUNI LAW GROUP, APC**

By: */s/ Michael Kind*
MICHAEL KIND, ESQ.
6069 S. FORT APACHE ROAD, SUITE 100
LAS VEGAS, NEVADA 89148
MKIND@KAZLG.COM

**LAW OFFICE OF FRANCIS J. FLYNN, JR.**

FRANCIS J. FLYNN, JR.
6220 W. THIRD STREET, #115
LOS ANGELES, CA 90036
*ATTORNEYS FOR PLAINTIFF SETH DOLIBOA INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/6/2018